DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**16TH STREET DRYSTACK, LLC,**
Appellant,

v.

**THE MARKER GROUP, LLC** d/b/a **MARKER CONSTRUCTION GROUP,**
Appellee.

No. 4D2024-2400

[October 16, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Shari Africk-Olefson, Judge; L.T. Case No. CACE20-010370.

Warren E. Friedman and Kathryn A. Slye of Friedman Sklar PLLC, Boca Raton, for appellant.

Alexander O. Soto of Soto Law Group, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***